UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LINDA MORSE,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 1:12-CV-1045

HON. GORDON J. QUIST

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the magistrate judge's February 13, 2014 Report and Recommendation recommending that the matter be remanded to the Commissioner for further factual findings. The magistrate judge found that the Administrative Law Judge's decision to discount Plaintiff's credibility, as well as the determination regarding Plaintiff's residual functioning capacity, were not supported by substantial evidence. The magistrate judge recommended that the Court reverse the Commissioner's decision and remand for further factual findings, since the record did not contain compelling evidence that Plaintiff is disabled..

The Report and Recommendation was duly served on the parties on February 13, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued February 13, 2014 (docket no. 22), is **ADOPTED** as the Opinion of the Court. This matter is remanded to the Commissioner for further proceedings consistent with this Order.

This case is **concluded**.


Dated: March 5, 2014 /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE